Allan Z. Litovsky (CA Bar No. 183182)
William Q. Tran (CA Bar No. 210771)
GREENBERG TAURIG, LLP
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (714) 708-6500
Facsimile: (714) 708-6501
E-Mail: LitovskyA@GTLaw.com
TranW@GTLaw.com

Attorneys for Plaintiff
KONA GRILL, INC.

FILED
2007 MAY 30  AM 7:45
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONA GRILL, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FISHERMAN'S CAFÉ, INC., a California corporation dba KONA GRILL & SUSHI; KUNIO ABE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 07CV0799 JM<br><br>[Assigned To The Hon. Jeffrey T. Miller]<br><br>**JOINT MOTION FOR ENTRY OF PRELIMINARY INJUNCTION, AND ORDER THEREON**<br><br>Date: June 1, 2007<br>Time: 1:30 p.m.<br>Ctrm.: 6 |

## JOINT MOTION

Plaintiff Kona Grill, Inc. ("Kona Grill") Defendants Fisherman's Café, Inc. dba Kona Grill & Sushi and Kunio Abe ("Defendants") (collectively the "Parties") hereby submit their Joint Motion and stipulation for the entry of a preliminary injunction in the above matter, as follows.

WHEREAS, Kona Grill contends that it currently operates sixteen restaurants throughout the United States under the nationally-famous "Kona Grill" restaurant name;

WHEREAS, Kona Grill contends that its restaurants are upscale and contemporary dining establishments;

WHEREAS, Kona Grill contends that in July 1998 the United States Patent and Trademark Office approved Kona Grill's application to register its "KONA GRILL" trade and service mark (U.S. Registration No. 2,414,461) (the "KONA GRILL Mark"), and the KONA GRILL Mark is thus federally registered and protected and has been in continuous use for over five years;

WHEREAS, Kona Grill contends that the KONA GRILL Mark and Kona Grill's exclusive rights to use it have become dispositive and incontestable under Section 15 of the Lanham Act, 15 U.S.C.A. § 1065 *et seq.*;

WHEREAS, Kona Grill contends that it recently learned that Defendants are currently operating and promoting a Japanese sushi restaurant and sushi bar under the name "Kona Grill & Sushi," located at 3861 Mission Avenue, Oceanside, California (the "Oceanside Restaurant");

WHEREAS, Kona Grill contends that Defendants' use of the "Kona Grill & Sushi" name for the Oceanside Restaurant willfully infringes upon the KONA GRILL Mark and violates applicable federal and state law, and that such use has caused and will, unless enjoined by this Court, continue to cause irreparable harm to Kona Grill and the public;

WHEREAS, on May 2, 2007, Kona Grill filed a Complaint in the above-titled action against Defendants for federal trademark infringement, federal false designation of

origin, federal trademark dilution, violations of California Business and Professions Code §§ 17200 *et seq.*, common law unfair competition, imposition of a constructive trust and accounting (the "Infringement Action");

WHEREAS, on May 11, 2007, Kona Grill filed its *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction in the Infringement Action (the "Injunction Application"), for which the Court has ordered a briefing schedule and has set a hearing date of June 1, 2007, at 1:30 p.m. in Courtroom 6 of the above-titled Court;

WHEREAS, the Parties have met and conferred on the issues raised by the Injunction Application, and Defendants have agreed to the Court's entry and issuance of a Preliminary Injunction in the same form as requested in the Injunction Application.

NOW, THEREFORE, IT IS HEREBY AGREED AND REQUESTED by the Parties, by and through their undersigned counsel, that this Court issue an Order as follows:

1.  Defendants, and their agents, servants, employees, partners, officers, shareholders, principals, successors, and assigns and all others in active concert or participation with them, are hereby immediately enjoined from engaging in any of the following conduct during the pendency of this action:

    (i) using, advertising, displaying, promoting, or implementing Kona Grill's "KONA GRILL" Mark, service mark or trade name as Defendants' business or other corporate name, including without limitation, using, advertising, displaying, promoting, or implementing the "KONA GRILL" Mark, service mark or trade name in connection with the Oceanside Restaurant;

    (ii) using, advertising, displaying, promoting or implementing the KONA GRILL Mark, service mark or trade name in connection with any goods or services, or in connection with any of Defendants' signage, advertising, Internet marketing or other promotional materials, or in connection with any

3

JOINT MOTION RE ENTRY OF PRELIMINARY INJUNCTION
PHX 327836954v1 059421.013600

CASE NO. 07CV0799 JM

other business uses, including without limitation, any other uses for or relating to the Oceanside Restaurant;

(iii) using any false designation of origin or false description which can or is likely to lead the general public or the trade erroneously to believe that the Oceanside Restaurant or any of Defendants' restaurant(s), place, food products, packaging, promotional item, or thing is in any way licensed, sponsored, approved, or authorized by Kona Grill; and,

(iv) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in sections (i) through (iv) above.

2. Kona Grill shall not be required to file any undertaking as a condition of or in connection with the entry and issuance of the above-described Preliminary Injunction; and,

3. No further briefing shall be submitted in support of or in opposition to the Injunction Application, and the hearing on Injunction Application currently set for June 1, 2007 shall be vacated.

Respectfully submitted,

DATED: May 24, 2007

GREENBERG TRAURIG, LLP
Allan Z. Litovsky
William Q. Tran

By: /s/ Allan Z. Litovsky
Allan Z. Litovsky
Email: litovskya@gtlaw.com
Attorneys for Plaintiff KONA GRILL, INC.

//
//

| | | |
|---|---|---|
| 1 | DATED: May 24, 2007 | MILLER JOHNSON LAW |
| 2 | | Scott A. Johnson |
| 3 | | |
| 4 | | By: /s/ Scott A. Johnson |
| | | Scott A. Johnson |
| 5 | | Email: scottajohnson55@msn.com |
| 6 | | Attorneys for Defendants FISHERMAN'S CAFÉ, INC. dba KONA GRILL & SUSHI and KUNIO ABE |

### CERTIFICATION

The undersigned, counsel for Plaintiff Kona Grill, Inc., hereby certifies, pursuant to Section 2(f)(4) of the Southern District of California Electronic Case Filing Administrative Policies and Procedures, that the contents of the foregoing document are acceptable to all persons required to sign the document, and that the undersigned has obtained either the physical signatures or authorization for the electronic signatures of all parties on the document.

DATED: May 24, 2007

GREENBERG TRAURIG, LLP
Allan Z. Litovsky
William Q. Tran

By: /s/ Allan Z. Litovsky
Allan Z. Litovsky
Email: litovskya@gtlaw.com
Attorneys for Plaintiff KONA GRILL, INC.

**IT IS SO ORDERED.**

DATED: May 29, 2007

JEFFREY T. MILLER
UNITED STATES DISTRICT COURT JUDGE

JOINT MOTION RE ENTRY OF PRELIMINARY INJUNCTION
PHX 327836954v1 059421.013600
CASE NO. 07CV0799 JM

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE COUNTY**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 650 Town Center Drive, Suite 650, Costa Mesa, CA 92626.

On the below date, I electronically filed the **JOINT MOTION FOR ENTRY OF PRELIMINARY INJUNCTION, AND ORDER THEREON** with the Clerk of the United States District Court for the Southern District of California, using the CM/ECF System. The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

Jon B. Miller, Esq.  
Scott Johnson, Esq.  
Miller Johnson Law  
427 C Street, Suite 410  
San Diego, CA 92101  
T: (619) 232-0086  
F: (619) 232-0089  
E:    jonbmiller@sbcglobal.net  
       scottajohnson55@msn.com

*Attorneys for Defendants FISHERMANS CAFÉ INC. dba KONA GRILL & SUSHI and KUNIO ABE*

☒ **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**
In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 25, 2007, at Costa Mesa, California.

SUSAN JACKSON