UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONA GRILL, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>FISHERMANS CAFÉ INC., a California corporation dba KONA GRILL & SUSHI, KUNIO ABE, an individual and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. 07 CV 0799 JM (POR)<br><br>**ORDER RE: STIPULATION FOR DISMISSAL**<br><br>Assigned:  Hon. Judge Jeffrey T. Miller<br>Courtroom 16 |

　　　Plaintiff KONA GRILL, INC. and defendants FISHERMANS CAFE, INC., dba KONA GRILL & SUSHI, and KUNIO ABE, having entered into a stipulation for dismissal of the lawsuit, and good cause existing for such a dismissal:

　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS: That this lawsuit be dismissed in its entirety with prejudice, with each party to bear its own costs.

　　　**IT IS SO ORDERED.**

DATED:  September 21, 2007

_____
Honorable Judge Jeffrey T. Miller
U.S. District Court, Southern District

CC:　　All parties